# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 19-5068**                    **September Term, 2018**

**1:18-mc-00175-BAH**
**1:18-mc-00176-BAH**
**1:18-mc-00177-BAH**

**Filed On:** July 30, 2019

In re: Sealed Case,


------------------------------

Consolidated with 19-5100, 19-5102, 19-5103




**BEFORE:** Tatel, Millett, and Pillard, _Circuit Judges_




# UNDER SEAL OPINION
# NOT AVAILABLE TO PUBLIC